JOHN F. KELLY
Attorney at Law #163883
406 Ninth Avenue, Suite 303
San Diego, California 92101
619-231-3097
JFKLaw@cs.com

Attorney for JESUS CORONEL-VALENZUELA

FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

JESUS CORONEL-VALENZUELA,
Defendant.

Case No. 08MJ8073
08CR0496-L

SUBSTITUTION OF ATTORNEY

Defendant hereby substitutes John F. Kelly as his attorney of record in the above matter as his counsel of record in place of : Alex L. Landon.

Dated: 2/14/08

Jesus Coronel-Valenzuela
Defendant

Dated: 2/14/08

John F. Kelly
Attorney for Defendant

I consent to the above substitution:

Dated: 2-18-08

Alex L. Landon
Attorney at Law

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>JESUS CORONEL-VALENZUELA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08MJ8073<br><br>ORDER |

***IT IS HEREBY ORDERED*** that John F. Kelly be substituted as attorney of record in this matter.

Dated:

United States Magistrate Judge